MARTIN L. FINEMAN, CA State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Ste. 800
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

RAYMOND P. NIRO
FREDERICK C. LANEY, *Pro Hac Vice* Application forthcoming
ASHLEY E. LaVALLEY, *Pro Hac Vice* Application forthcoming
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: laney@nshn.com
E-mail: alavalley@nshn.com
**Attorneys for Plaintiff ICON-IP PTY LTD.**

IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ICON-IP PTY LTD.,

    Plaintiff,

v.

SPECIALIZED BICYCLE.
COMPONENTS, INC.,

    Defendants.

CV 13 3677

COMPLAINT

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Icon-IP Pty Ltd. for its complaint against Defendant Specialized Bicycle Components, Inc. alleges as follows:

### NATURE OF THE SUIT

COMPLAINT      - 1 -

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## PARTIES

2. Icon-IP Pty Ltd. ("Icon" or "Plaintiff") is an Australian proprietary limited company having its principal place of business at c/o Babbage & Co., Suite 5, 151 Riversdale Road, Hawthorn, 3122, Victoria, Australia.

3. Icon owns all right title and interest in, and has standing to sue for, infringement of United States Patent Nos. 6,378,938 (the "'938 Patent"), entitled "Cycle Seat," and 6,254,180 (the "'180 Patent"), entitled "Bicycle Seat."

4. Specialized Bicycle Components, Inc. ("Specialized" or "Defendant") is a California corporation with its headquarters located at 15130 Concord Circle, Morgan Hill, CA 95037. Specialized is a world leader in manufacturing of bicycles and bicycle parts, including bicycle seats.

5. Defendant has infringed one or more claims of the '938 Patent and '180 Patent by manufacturing, selling, and/or offering to sell bicycle seats in the United States, including sales in California and this judicial district.

## JURISDICTION AND VENUE

6. Plaintiff's claims for patent infringement against Defendant arise under the patent laws of the United States, including 35 U.S.C. §271. Consequently, this Court has jurisdiction over the subject matter of this case for patent infringement under 28 U.S.C. § 1331 and 1338.

7. This Court has personal jurisdiction over Defendant because, in addition to having its principal place of business in this judicial district, Specialized has committed acts of patent infringement in California and this judicial district, such as the offer and sale of infringing bicycle seats to customers in California.

1    8. Venue is proper in this judicial district under 28 U.S.C. §§ 1400(b) and/or 1391. Defendant has its principal place of business in this judicial district and has committed acts of infringement in this district.

## PATENT INFRINGEMENT

9. Specialized has directly infringed, without limitations, at least one claim of the '180 Patent, at least by manufacturing, using, selling, and offering to sell bicycle seats, including, but not limited to, seats identified by Specialized by the following product names: Alias, Ariel, Ariel SL, Avatar Gel, Avatar Team, BG Comfort, BG Comfort Plus, BG2 Sport, Dolce, Dolce Gel, Dolce Sport Gel, Jett, Lithia Gel, Milano Gel, Phenom, Phenom Gel, Phenom SL, Phenom Team, Phenom Ti Gel, Riva Road, Romin, Romin SL, Ruby, Sonoma Gel, Sonoma Sport, Toupe, S-Works BG Toupe Carbon, S-Works Toupe Carbon, Toupe Carbon, Toupe Gel, Toupe Team, TriTip Comp Gel, TriTip Expert Gel, TriTip Gel, TriTip SL Gel, TriTip Team Gel, Windie XC, and Windie XC Sport.

10. Specialized has directly infringed, without limitations, at least one claim of the '938 Patent, at least by manufacturing, using, selling, and offering to sell bicycle seats, including, but not limited to, seats identified by Specialized by the following product names: Alias, Ariel, Ariel Expert, Ariel SL, Avatar Gel, Avatar Team, BG Comfort, BG Comfort Plus, BG2 Sport, Dolce, Dolce Gel, Dolce Sport Gel, Format, Format SL, Henge, Henge SL, Indie, Indie Sport, Indie XC, Indie XC Sport, Jett, Lithia Gel, Milano Gel, Phenom, Phenom Gel, Phenom SL, Phenom Team, Phenom Ti Gel, Riva Road, Rival, Rival SL, Romin, Romin SL, Ruby, Sonoma, Sonoma Gel, Sonoma Sport, S-WORKS Toupe Carbon, Toupe Carbon, Toupe Gel, Toupe Team, TriTip Comp Gel, TriTip Expert Gel, TriTip Gel, TriTip SL Gel, TriTip Team Gel, Windie XC, and Windie XC Sport.

11. Defendant's infringement has injured Plaintiff, and Plaintiff is entitled to recover damages adequate to compensate them for such infringement, but in no event less than a reasonable royalty.

12. Plaintiff's injury will continue unless and until this Court enters an injunction against further infringement by Defendant.

13. Plaintiff has complied with any applicable provisions of 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Icon respectfully requests that this Court enter judgment against Defendant Specialized, and against any subsidiaries, successors, parents, affiliates, officers, directors, agents, servants, employees, and all persons in active concert or participation with it, granting the following relief:

A. The entry of judgment in favor of Icon on the claim of infringement of its '180 Patent;

B. The entry of judgment in favor of Icon on the claim of infringement of its '938 Patent;

C. An award of damages adequate to compensate Icon for the infringement of the '180 Patent and '938 Patent that has occurred (together with prejudgment interest from the date the infringement began), but in no event less than a reasonable royalty as permitted by 35 U.S.C. § 284;

D. A permanent injunction against further infringement of the '180 Patent;

E. A permanent injunction against further infringement of the '938 Patent;

F. A finding that this case is exceptional and an award to Icon of all relief provided by 35 U.S.C. § 285; and

COMPLAINT - 4 -

G. Such other and further relief that Icon is entitled to under law, and any additional relief that this Court or a jury may deem just and proper.

## JURY DEMAND

Icon demands a trial by jury on all issues presented in this complaint.

Dated: August 8, 2013

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

NIRO, HALLER & NIRO

COMPLAINT - 5 -