United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON-IP PTY LTD., <br>     Plaintiff, <br>   v. <br> SPECIALIZED BICYCLE COMPONENTS, INC., <br>     Defendant. | Case No. 13-cv-03677-JST <br><br> **ORDER VACATING HEARING** <br> Re: ECF No. 15 |

A hearing on Specialized's motion to dismiss is scheduled for October 3, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b). The motion is under submission.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
JON S. TIGAR
United States District Judge